

# NUMBER 13-25-00370-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## ESTATE OF LEONOR R. FUENTES, DECEASED

## ON APPEAL FROM THE PROBATE COURT
## OF HIDALGO COUNTY, TEXAS

## MEMORANDUM OPINION

**Before Justices Silva, Peña, and Fonseca**
**Memorandum Opinion by Justice Silva**

This matter is before the Court on appellant Eunice Aza's failure to file a brief. Appellant's notice of appeal was filed on July 18, 2025 and her brief was originally due to be filed in this case on September 22, 2025. On September 19, 2025, appellant requested, and this Court granted, an extension of time to file her appellate brief by November 3, 2025. On November 3, 2025, appellant filed a second motion for extension of time to file her brief. On November 14, 2025, this Court granted appellant's second extension request, and her appellate brief became due by December 3, 2025. On January

6, 2026, the Clerk of the Court notified appellant that her brief was past due. Appellant was further notified that if she did not reasonably explain the failure to file a brief within ten days from the date of the notice, the appeal shall be dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b), (c).

On January 16, 2026, appellant filed her third motion for extension of time to file the appellate brief. On February 6, 2026, we granted appellant's third motion for extension of time to file a brief. Appellant's brief became due by January 26, 2026. Appellant was admonished that no further extensions would be granted absent exigent circumstances.

On February 23, 2026, the Clerk of the Court notified appellant that the brief was, again, past due. Appellant was further notified that if she failed to reasonably explain the failure to file a brief within five days from the date of the notice, the appeal shall be dismissed for want of prosecution. *See id.*

To date, appellant has failed to file her appellate brief and has not otherwise responded to the Clerk of the Court's notices. Accordingly, the appeal is dismissed for want of prosecution. *See id.*

CLARISSA SILVA
Justice

Delivered and filed on the
26th day of March, 2026.

2